NO. 07-05-0428-CR



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL A



DECEMBER 20, 2006


______________________________



GILBERTO MACIAS, APPELLANT



V.



THE STATE OF TEXAS, APPELLEE


_________________________________



FROM THE 84TH DISTRICT COURT OF OCHILTREE COUNTY;



NO. 3998; HONORABLE WILLIAM D. SMITH, JUDGE


_______________________________




Before CAMPBELL and HANCOCK and PIRTLE, JJ.

ON MOTION TO DISMISS


 Appellant, Gilberto Macias, appealed his conviction for possession with intent to
deliver a controlled substance and sentence of 40 years confinement in the Institutional
Division of the Texas Department of Criminal Justice and $10,000 fine. Appellant's appeal
was predicated on the trial court's denial of his Motion to Suppress. However, appellant
has now filed a Motion to Dismiss Appeal. (1)

 Because the motion meets the requirements of Texas Rule of Appellate Procedure
44.2(a), and this court has not delivered its decision prior to receiving it, the motion is
hereby granted and the appeal is dismissed. Having dismissed the appeal at appellant's
request, no motion for rehearing will be entertained and our mandate will issue.


 Mackey K. Hancock

 Justice






Do not publish. 
1. While appellant's motion is titled a Motion to Dismiss, we construe the motion to
request a withdrawal of appellant's notice of appeal. See Tex. R. App. P. 42.2(a).